## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

*Oklahoma City, Oklahoma*

*Date:        May 11, 2005*

| | |
|---|---|
| LENORA JOHNSON, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. CIV-05-6 |
| § | |
| BIOMERIEUX, INC., AND § | |
| ORGANON TEKNIKA CORPORATION § | |
| § | |
| *Defendants.* § | |

**ENTER ORDER:**

The parties have filed a joint stipulation of dismissal [Doc. No. 23], pursuant to Fed.R.Civ.P. 41(a). Also submitted for court approval is an order of dismissal.

Because all parties have executed the stipulation of dismissal, the court's approval of same is not required by Fed.R.Civ.P. 41(a); the executed joint stipulation operates as a dismissal of this action. Therefore, no further action is required.

**ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE RALPH G. THOMPSON**

                                       Robert D. Dennis, Court Clerk

                                       By: /s/ Mike Bailey

                                       Deputy Court Clerk

Copies to parties of record.

**UNITED STATES DISTRICT JUDGE**